**Mario DiSalvo, Esq. SBN 199113**
Attorney at Law
1060 Fulton Mall, Suite 1004
Fresno, California 93721
Phone (559) 442-1552
Facsimile (559) 442-156

Attorney for  DONNIE DALE CREEK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (FRESNO)**

\* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>         ) <br>    **Plaintiff,**         )<br>         )<br>         )<br>**DONNIE DALE CREEK**      )<br>         )<br>    **Defendant.**       ) | CASE NO. 01:05-cr-0158<br><br>STIPULATION TO CONTINUE<br>HEARING DATE |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the previously scheduled hearing date, set for December 5, 2005, at 1:30 PM, will be continued until January 2, 2006 at the same time in the same courtroom.

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. section, 3161(h)(8)(A).

The reason for the continuance is in order to prepare and follow through with the settlement negotiation reached between the parties.

AUSA Kimberly Kelly is in agreement to continue the sentencing date also.

Counsel respectfully requests this Honorable Court grant to proposed stipulation to continue this case.

/S/

**Dated: November 30, 2005**            **Mario DiSalvo, Esq.**
                                        **Attorney for defendant**

/S/

**Dated: November 30, 2005**            **Kimberly L. Kelly**
                                        **Assistant U.S. Attorney**
                                        **Attorney for Plaintiff**

## O R D E R

**IT IS ORDERED**, Time is excluded in the interests of justice pursuant to 18 U.S.C., section 3161(h)(8)(A).

Dated: 12/6/05                          /s/Oliver W. Wanger

                                        United States District Court

Mario DiSalvo, Esq.
1060 Fulton Mall, # 411
Fresno, California 93721
Phone (559) 442-1557

PDF created with pdfFactory trial version www.pdffactory.com