McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 05-00158 OWW |
| Plaintiff, | ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS |
| v. | ) | |
| DONNIE DALE CREEK, | ) | |
| Defendant. | ) | |

PROPOSED ORDER

The United States of America, having applied to this Court, for an Order granting its Motion to Dismiss the Indictment, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Indictment is dismissed.

IT IS SO ORDERED.

**Dated:   May 19, 2006**           **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE

1