**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 1:05-CR-0158 REC |
| | ) | |
| **Plaintiff,** | ) | O R D E R |
| **vs.** | ) | |
| | ) | EXONERATING PROPERTY BOND AND |
| | ) | RECONVEYANCE OF PROPERTY |
| **DONNIE DALE CREEK** | ) | |
| | ) | |
| **Defendant.** | ) | |

This cause came on for consideration upon the Defendant's motion to Exonerate the Property Bond previously posted in this case. The records in the instant action indicate that the conditions of original appearance bond have been satisfied in accordance with Fed.R.Crim.P. 46(f) and in lieu of the fact that the indictment against defendant has been dismissed, the bond should be ordered exonerated. Therefore it is **HEREBY ORDERD.**

That the Clerk of the Court shall return all property and/or papers relating to the collateral bail including mortgage deeds, notes, tax receipts and other documents filed with the Court to secure the release of the Defendant, to the recipient listed:

**Deborah Creek.   Xxxxxxxxxxxxxx, XXXXXXX, Ca.   95351-5352.**

The parties are responsible for extinguishing any liens which may have been registered against the collateral, bail, documents or property.

**DONE AND ORDERED THIS __5TH_____ DAY OF OCTOBER, 2005 IN FRESNO, CA.**

　　　　　　　　　　　　　　　　　　　　**/s/ OLIVER W. WANGER**_____
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com